In the Matter of the Arbitration between FABRITON CORPORATION, Respondent, and LESTER MARTIN & Co., INC., Appellant.

Argued October 11, 1949; decided October 20, 1949.

*A. Albert Minton* for appellant.

*Lawrence Braunstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.